C. O. PEAK v. THE STATE.

No. 8902.   Decided October 29, 1924.

No motion for rehearing filed.

Theft—A Felony.

No statement of facts nor bills of exception in appearing in the record, the cause is affirmed.

Appeal from the District Court of Navarro County. Tried below before the Hon. Hawkins Scarborough, Judge.

No brief filed by appellant.

'*Tom Garrard*, State's Attorney, and *Grover C. Morris*, Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the district court of Navarro County of theft of property of more than the value of fifty dollars and his punishment fixed at two years in the penitentiary.

There appears in the record neither bills of exception nor statement of facts, and the indictment fully charging the offense, and the charge of the trial court being regular, no error appears, and an affirmance will be ordered.

*Affirmed.*